# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** November 5, 2020

**CASE OF:** DUANE EUGENE OWEN V. STATE OF FLORIDA

**DOCKET NO.:** SC18-810    **OPINION FILED:** June 25, 2020

**ATTENTION:  ALL PUBLISHERS**

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On page 2, second paragraph, "Owen has also been convicted of the first-degree murder of another victim, Georgianna Worden, who was murdered five days after Slattery in a scenario "substantially similar to [that] of the Slattery murder." *Id*. at 691." has been changed to "Owen has also been convicted of the first-degree murder of another victim, Georgianna Worden, who was murdered approximately two months after Slattery in a scenario "substantially similar to [that] of the Slattery murder." *Id.* at 691-92; *Owen v. State* (*Owen I*), 560 So. 2d 207, 209 (Fla. 1990)."

On p.3, first full paragraph, "Even though Owen murdered Slattery five days before he murdered Worden, his death sentence for the murder of Slattery is in a different posture with respect to our *Hurst*-related precedent.  The reason for this difference is that Owen's original conviction and sentence of death for Slattery's murder was reversed and remanded for a new trial, *see Owen v. State* (*Owen I*), 560 So. 2d. 207, 212 (Fla. 1990), which delayed the finality date of his conviction and sentence for that murder." has been changed to "Even though Owen murdered Slattery before he murdered Worden, his death sentence for the murder of Slattery is in a different posture with respect to our *Hurst*-related precedent.  The reason for this difference is that Owen's original conviction and sentence of death for Slattery's murder were reversed and remanded for a new trial, *see Owen I*, 560 So. 2d at 212, which delayed the finality date of his conviction and sentence for that murder."

**SIGNED:  OPINION CLERK**